UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>           Plaintiff<br><br>   v.<br><br>Almandre Meeks,<br><br>           Defendant | Case No. 2:23-cr-00059-CDS-NJK<br><br>**Order to Produce**<br>**ALMANDRE SHAMARI MEEKS,**<br>**#1154571** |

TO: NEVADA DEPARTMENT OF CORRECTIONS; and
TO: JEREMY BEAN, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

   THE COURT HEREBY FINDS that **ALMANDRE SHAMARI MEEKS, #1154571,** is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

   IT IS ORDERED that the Warden of High Desert State Prison, or his designee, shall transport and produce **ALMANDRE SHAMARI MEEKS, #1154571**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 6B, Las Vegas, Nevada, on **March 14, 2024, at the hour of 2:00 p.m.**, for a scheduled hearing on the stipulation to continue trial in the instant matter, and arrange for his appearance on said

1 | date as may be ordered and directed by the entitled above, until **ALMANDRE SHAMARI**
2 | **MEEKS, #1154571,** is released and discharged by the court; and that **ALMANDRE**
3 | **SHAMARI MEEKS, #1154571,** shall thereafter be returned to the custody of the Warden, High
4 | Desert State Prison, Indian Springs, NV, under safe and secure conduct.
5 | Dated: March 5, 2024

_____
Cristina D. Silva
United States District Judge